# Civil Cover Sheet Attachment

1(c) Plaintiff's Attorneys:

Adam J. Sinton
Ga. Bar No. 235458
Scott P. Kerew
Ga. Bar No. 416629
SINTON SCOTT MINOCK & KEREW
3438 Peachtree Rd, Ste. 925
Atlanta, GA 30326
Telephone: 470-333-3801
Email: asinton@ssmklaw.com
skerew@ssmklaw.com

David C. Tolley *(pro hac vice application forthcoming)*
William Trach *(pro hac vice application forthcoming)*
U. Gwyn Williams *(pro hac vice application forthcoming)*
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Email: david.tolley@lw.com
william.trach@lw.com
gwyn.williams@lw.com